UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

CANANDAIGUA EMERGENCY SQUAD, INC., THE
PENFIELD VOLUNTEER EMERGENCY
AMBULANCE SERVICE, INC., NORTHEAST
QUADRANT ADVANCED LIFE SUPPORT, INC.,
CHILI VOLUNTEER AMBULANCE SERVICE, INC.,
VILLAGE OF MACEDON,

                        Plaintiffs,

                                                                                     <u>SCHEDULING ORDER</u>

                                                                                      09-CV-6027L

                        v.

ROCHESTER AREA HEALTH MAINTENANCE
ORGANIZATION, INC. d/b/a PREFERRED CARE
and MVP HEALTH CARE, INC.,

                        Defendants.
_____

       This action was originally filed in Monroe Supreme Court on or about January 6, 2009. Plaintiffs also filed a motion for a temporary restraining order/preliminary injunction. Apparently no action on the application for temporary relief has been taken by the Supreme Court.

       On January 20, 2009, defendants removed the action to this court.

       Assuming that this action has been removed properly, this court must deal with plaintiffs' request for temporary injunctive relief.

       The court therefore sets the following schedule:

     1.  Argument on plaintiffs' motion for a temporary restraining order/preliminary injunction is scheduled for February 12, 2009 at 3:00 p.m.

     2.  On or before January 30, 2009, plaintiff must take steps to conform the papers to Rule 65, Local Rules of the Western District of New York.  If plaintiffs object to removal, they should indicate the basis for that objection.

     3.  Defendants' responding papers must be filed on or before February 9, 2009.

IT IS SO ORDERED.

                                     _____
                                         DAVID G. LARIMER
                                       United States District Judge

Dated: Rochester, New York
       January 23, 2009.