UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NEW YORK

---

CANANDAIGUA EMERGENCY SQUAD, INC., THE
PENFIELD VOLUNTEER EMERGENCY
AMBULANCE SERVICE, INC., NORTHEAST
QUADRANT ADVANCED LIFE SUPPORT, INC.,
CHILI VOLUNTEER AMBULANCE SERVICE, INC.,
VILLAGE OF MACEDON,



                Plaintiffs,

vs.

ROCHESTER AREA HEALTH MAINTENANCE
ORGANIZATION, INC. d/b/a PREFERRED CARE
and MVP HEALTH CARE, INC.,

                Defendants.

Civil Action No.: 09-cv-6027

---

### ORDER

For the reasons stated by the Court at the hearing on February 18, 2009, plaintiffs' motion for a temporary restraining order and preliminary injunction is hereby DENIED.

IT IS SO ORDERED.

DATED: February 23, 2009

HONORABLE DAVID G. LARIMER
U.S. DISTRICT JUDGE