UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

CANANDAIGUA EMERGENCY SQUAD, INC.,
et al.,

        Plaintiffs,

        -vs-

ROCHESTER AREA HEALTH MAINTENANCE
ORGANIZATION, INC., et al.,

        Defendants.
_____

**MOTION SCHEDULING ORDER**

09-CV-6027

On January 15, 2010, both plaintiffs and defendants filed separate motions for summary judgment (Dkt. #34 & #37, respectively). All responding papers relevant to these motions must be filed with the Court by February 22, 2010. Reply papers must be filed no later than fifteen (15) days following the filing of responding papers..

When all papers have been submitted, the Court will review them to determine if argument is necessary and if so, the parties will receive notice of the argument date.

    **IT IS SO ORDERED**.

                                                  _____
                                                  DAVID G. LARIMER
                                                  UNITED STATES DISTRICT JUDGE

Dated:       January 20, 2010
                Rochester, New York